**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7747**

———————————

UNITED STATES OF AMERICA,

                             Plaintiff - Appellee,

    versus

WILLIAM DENNIS SUTTON,

                             Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CR-93-64)

———————————

Submitted: February 11, 1999    Decided: February 25, 1999

———————————

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

William Dennis Sutton, Appellant Pro Se. Thomas Richard Ascik, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Dennis Sutton appeals the district court's orders denying his motion to amend his presentence report and his motion to reconsider. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Sutton, No. CR-93-64 (W.D.N.C. Oct. 27, 1998;[*] Nov. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]Although the district court's order is marked as "filed" on October 26, 1998, the district court's records show that it was entered on the docket sheet on October 27, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2